**FILED**

APR 1 8 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JARED T. WOLFE

Criminal No. 17-113
[UNDER SEAL]

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Jerome A. Moschetta, Special Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant Jared T. Wolfe, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with 18 U.S.C. § 922(g)(3) and 18 U.S.C. § 922(j).

Recommended bond:  Detention.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

By: _____
JEROME A. MOSCHETTA
Special Assistant U.S. Attorney
PA ID No. 203965