**FILED**

APR 1 8 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JARED T. WOLFE

Criminal No. 17-113

**[UNDER SEAL]**

ORDER

AND NOW, to wit, this _14_ day of _April_, 2017, upon consideration of the Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant, JARED T. WOLFE.

Bond, if any, shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney